1010

[Nos. 23893-8-III; 23980-2-III. Division Three. July 25, 2006.]

*In the Matter of the Marriage of* JOHN COLL MCLAUGHLIN, *Appellant*, and WENDEE LYNN MCLAUGHLIN, *Respondent*.

Appeals from a judgment of the Superior Court for Spokane County, No. 03-3-00202-8, Maryann C. Moreno, J., and Steven N. Grovdahl, J. Pro Tem., entered March 3 and March 11, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

[No. 24207-2-III. Division Three. July 25, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND HENRY STUART, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-00855-1, Robert G. Swisher, J., entered May 11, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 24218-8-III. Division Three. July 25, 2006.]

LISA A. FISHER, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 04-2-01341-7, Kenneth L. Jorgensen, J., entered May 10, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

[No. 24281-1-III. Division Three. July 25, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. PERRY T. ASHELMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-00947-3, Robert D. Austin, J., entered June 1, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato and Kulik, JJ.